JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G. and A.G., minors, by and through their Guardian ad litem Elvia Curiel<br><br>    Plaintiffs,<br><br>    v.<br><br>Zumiez, Inc., and Does 1-5, inclusive.<br><br>    Defendants. | CASE NO. 8:22-cv-00352 JLS (KESx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE (Doc. 47)** |

The Court, having reviewed the Joint Stipulation to Dismiss the Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) (Doc. 47), it is hereby ORDERED that the case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: October 20, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE